IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PABLO AMADOR-VALDEZ, | * | |
| | * | |
| Petitioner, | * | |
| | * | No. 4:07cr00127 SWW |
| vs. | * | (No. 4:09cv00416 SWW) |
| | * | |
| | * | |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| Respondent. | * | |

## ORDER

Before the Court is petitioner Pablo Amador-Valdez's 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence [doc.#526]. By previous Order, the Court concluded that an evidentiary hearing is required for petitioner's claims that counsel was ineffective for failing to file a notice of appeal when instructed to do so by petitioner (Grounds I and II of petitioner's § 2255 motion). That hearing is scheduled for Friday, October 16, 2009, at 3:00 p.m. The parties are hereby informed that in addition to addressing petitioner's claims that counsel was ineffective for failing to file a notice of appeal when instructed to do so by petitioner, the Court will also address petitioner's claim that he was affirmatively "misled by [counsel] when he was told that he would have a very good chance of not being deported to Mexico when it was very clear that deportation proceedings were pending at the time he pleaded guilty" (Ground V of petitioner's § 2255 motion).

IT IS SO ORDERED this 15th day of October 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE