### *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              No. **4:07CR00127 SWW**
                                    (4:09CV00416 SWW)

PABLO AMADOR-VALDEZ

### ORDER

Pending before the Court is defendant's motion to withdraw the pending 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence. The Court has fully considered the motion and finds that the motion should be granted and the need for the hearing scheduled October 16, 2009 is moot.

IT IS THEREFORE ORDERED that plaintiffs' motion to withdraw the pending 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence [doc #549] is **granted**, and the 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence [doc #526] is hereby **denied as moot**. The hearing scheduled October 16, 2009 at 3:00 p.m. is canceled.

DATED this 16TH day of October 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE